**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO.: 2:16-MC-00012-UA/CM**

NESTLÉ HEALTH SCIENCE – PAMLAB, INC.
and BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiff,

vs.

METHOD PHARMACEUTICALS, LLC,

    Defendant.
_____/

**NOTICE OF DEFENDANT METHOD PHARMACEUTICALS, LLC
AND NON-PARTY FELICITY HEALTH SCIENCES, LLC, OF
PUBLICLY FILING THE REDACTED VERSION OF THEIR MOTION
TO QUASH/ALTERNATIVE MOTION FOR PROTECTIVE
ORDER AND REDACTED EXHIBITS TO THE MOTION TO QUASH**

Defendant Method Pharmaceuticals, LLC and Non-Party Felicity Sciences Health, LLC (collectively "Movants"), hereby respectfully give notice of publicly filing the attached redacted version of Movants' Motion and Memorandum of Law to Quash Plaintiffs' Subpoena for Production of Documents and Deposition of Non-Party Sean "Rhett" Daniels or, in the Alternative, Motion for Protective Order and Request for Expedited Briefing ("Motion to Quash"), together with the redacted Exhibits 1-52 to the Motion to Quash. The Motion to Quash with its Exhibits was filed under seal on March 9, 2016. The redacted version of the Motion to Quash is attached hereto as Exhibit A. The redacted versions of the Exhibits to the Motion to Quash are attached hereto as Exhibits 1-52.

Dated: March 14, 2016

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn
Fla. Bar No. 501281
**Rasco Klock Perez & Nieto, PL**
2555 Ponce de Leon Blvd, Suite 600
Coral Gables, FL  33134
Telephone:  305.476.7101
Facsimile:  305.476.7102
Email: jmunn@rascoklock.com

*Counsel for Defendant Method Pharmaceuticals, LLC and Non-Party Felicity Health Sciences, LLC*

*AND*

s/ Oliver C. Bennett
Oliver C. Bennett (*pro hac vice pending*)
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telphone: 212.446.4800
Facsimile: 212.446.6460
Email: oliver.bennett@kirkland.com

*Counsel for Defendant Method Pharmaceuticals, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2016, I filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below via the specified delivery methods:

| **Via E-Mail:** | **Via First Class U.S. Mail** |
|---|---|
| **Saul Perloff** <br> **Katharyn A. Grant** <br> **NORTON ROSE FULBRIGHT US LLP** <br> 300 Convent Street, Suite 2100 <br> San Antonio, Texas 78205 <br>  T (210)-224-5575 <br> saul.perloff@nortonrosefulbright.com <br> dana.thompson@nortonrosefulbright.com | **Sean Daniels,** *Pro Se* <br> 5352 Chippendale Cir. E <br> Fort Myers, Florida 33919 |
| **Brett C. Govett** <br> **NORTON ROSE FULBRIGHT US LLP** <br> 2200 Ross Avenue, Suite 3600 <br> Dallas, Texas 75201-7932 <br> T (214)-855-8000 <br> brett.govett@nortonrosefulbright.com | |

*Attorneys for Plaintiff*

By: s/ Janet T. Munn
Janet T. Munn

3